OPINION — AG — ** RIGHT OF WAY — SEISMOGRAPHING — FEES ** A BOARD OF COUNTY COMMISSIONERS HAS 'NO' AUTHORITY TO AUTHORIZE SEISMOGRAPHING OPERATIONS TO BE CARRIED OUT ON OR FROM THE RIGHT OF WAY OF COUNTY SECTION LINE ROADS, NOR TO CHARGE A FEE FOR THE UNLAWFUL ALLOWANCE OF SUCH USE OF COUNTY SECTION LINE ROAD RIGHT OF WAY. (OIL AND GAS, EXPLORATION, COUNTIES, HIGHWAY, ROADS, ABUTTING PROPERTY) CITE: OPINION NO. 82-010 (FLOYD W. TAYLOR)